FILED 12 JUN '23 10:53 USDC-ORP

AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

3:23-cv-863-SB

| United States District Court | District: Clackamas County |
|---|---|

| Name (under which you were convicted): Eric William Gibson | Docket or Case No.: 18CR36207 |
|---|---|

| Place of Confinement: Bridges to Change, Oregon Dept. of Corrections, Clackamas County Jail | Prisoner No.: 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 |
|---|---|

| Petitioner (include the name under which you were convicted) ERIC GIBSON | Respondent (authorized person having custody of petitioner) |
|---|---|

v.

| The Attorney General of the State of: OREGON |
|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Clackamas County Courthouse, Oregon City, OR.

(b) Criminal docket or case number (if you know): 18CR36207 / 18CR43454

2. (a) Date of the judgment of conviction (if you know): Febuary 2020

(b) Date of sentencing: Febuary 2020

3. Length of sentence: 36 Months

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

Identity Theft and UMV.

✱ I AM APPEALING THE EVOKED SUSPENDED SENTENCE ONLY.

6. (a) What was your plea? (Check one)

☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)

☒ (2) Guilty        ☐ (4) Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

I plead guilty to all of my original charges.
My public defender was not there but I knew
that they racked up charges and then drop
them or the S.O.P.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    Clackamas county    (same)

(b) Docket or case number (if you know):    same

(c) Result:    Dropped the D.A. Dropped the P.C. All for H.C.

(d) Date of result (if you know):    Started in 2020 up to Present.

(e) Citation to the case (if you know):

(f) Grounds raised:    The Direct Appeal was standard and went to the P.C.
after I was commuted from South Fork Forest Camp.
The P.D. raised the same ones in the P.C. but I have
always wanted the Federal for protection. The breakdown
that I witnessed had scared me for ur in the
Oregon system.

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?        ☐ Yes    ☒ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:     ☒ Yes      ☒ No

(2) Second petition:    ☐ Yes      ☐ No

(3) Third petition:     ☐ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

The highest state court? We just were pursuing the typical appeals process for people incarcerated.

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    SEE TORT NUMBER ONE PLEASE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have submitted the Torts and the civil case with this document.

The Torts and the Appeal are the same arguments.

(b) If you did not exhaust your state remedies on Ground One, explain why:

I wanted to go right to the Federal System. The Salem office of appeals recommended that I just go through the normal channels.

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

The Salem Public Defenders Office. Eric and Mark
they came up with some initial standard arguments.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Attorney Venetia Mayhew duplicated the Direct.

Name and location of the court where the motion or petition was filed:

Clackamas County Court. Oregon City, OR

Docket or case number (if you know):    SAME

Date of the court's decision:    Dropped.

Result (attach a copy of the court's opinion or order, if available):

Both appeals have been dropped to pursue by
Federal Jurisdiction.

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE TORT NUMBER TWO.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

Same. Witnessing a total breakdown of agencies and Oregon justice system was frightening. It hastened my parents' deaths.

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   SAME AS NUMBER ONE.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Clackamas County Court, Oregon City, OR.

Docket or case number (if you know):

Date of the court's decision:     Dropped For Federal H.C.

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Clackamas County Court_

_Oregon City, OR._

Docket or case number (if you know): _18CR36207, 18CR43454_

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Dropped the P.C._
_The appeal is for the Suspended Sentence_
_only._
_I did not violate my parole by failing my program at BTC as stated at arrest_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_SEE TORT THREE._

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why:

*I would have asked for a Governors pardon. She did commute me. The commute came to late, both parents passed. There was no legal actions protecting me from the year of parole that held me in County after.*

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

*Post Conviction was dropped as well.*

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Post Conviction was dropped for the H.C.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:     ?

**GROUND FOUR:**     ?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I don't Know what to put here right now. I feel like I could go on forever.

(4) Folks Ignored + Acted like my PTSD/Anxiety wasn't real. or as If I was lying. (See OHSU letter) I then doubted myself. I then suffered in the jail its ATTACKS.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

No help, No Contacts, I was isolated and cut off. The whole system was failing itself. Each other, compounded communication errors. It was a nightmare. The PO officer would never speak to me again.

(c)     **Direct Appeal of Ground Four:**     (See )(BTC APPOLOGY LETTER ) (Tare )

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:

Clackamas County court, Oregon City, OR.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

P.C. dropped

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

I recieved a formal letter of appology from Bridges To Change and we expected that there would be more. That I would be freed but they did not come and If that letter had never needed to be written (STC) I would have not been violated.

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐  Yes    ☐    No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: _____

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☒    Yes    ☐  No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.

I filed this one time and it got lost.
This is the second, or new one.

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☒    Yes    ☒  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    If the first H.C. can be or is found
then yes you will have it. It is the
same as this one.

_____

_____

_____

AO 241
(Rev. 01/15)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:      *Lenord Kovack*

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:      *Lenord Kovack*

(e) On appeal:      *Salem Office of Appesls.*
*Main Manger: Eric + Mark + staff*

(f) In any post-conviction proceeding:

*Venetia Mayhew*

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:      *Ongoing. My whole life is hurt today*

(c) Give the length of the other sentence:      *(This process, This trial now, Pleasedntask).*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?         ☒ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*I was commutated June 3rd 2021. I was*
*under conviction standards urtill January 2022.*
*Then I had to serve 1 year of parole forced in*
*county. That ended January 2023. (No paper work yet on it.)*
*My Appeals process has been side by side the*
*whole time, doing every thing as instructed.*
*The habeus went in right after the P.C.*

AO 241
(Rev. 01/15)

My parole ended in January 2023.
The appeals have always been side by side
with all legal proceedurs. I have been fighting
hard and by all instructions since my
false arrest.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.




_____

Signature of Attorney (if any)


*(what would I do here! ?)  (I could speak forever...)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).




Executed (signed) on _____ (date).




_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____



***Eric's Clackamas County Suspended Sentence Case, Short Summery.***

Commuted Sentence from South Fork-  June 3rd, 2021.
Oregon Justice Reform- Coffee Creek Staff assists me in Torts and Rights. I hear the phrase (OJR) from them here.
*Mark* and *Eric, Salem Public Defense Office*, Salem, OR.- Assist with Direct Appeal, Covid Slow. (drop)
*Venetia Mayhew, Attorney* Post-Conviction, Covid Slow. (drop)
Federal Habeas Corpus Appeal, 9-21-22,Covid Slow. (Awaiting court)
Oregon Justice Resource Center, (OJRC) reviews the Torts and appeal.
*Lewis and Clark College, Aliza Kaplan* has been consulted the whole time.
Oregon Disability, Portland, has been kept in the know the whole time.
*Senator Betsy Johnston*, has been informed and replied early 2021.
OHSU, has been informed the whole time, wrote letter of support.
Bridges to Change, Wrote support letter and formal apology, 2020.

I will try to use the position and platform to help the cause as best as I can.


Everything you think you know about addiction is wrong (*Johann Hari* | TEDGlobalLondon)

https://www.ted.com/talks/johann_hari_everything_you_think_you_know_about_addictio n_is_wrong?utm_source=tedcomshare&utm_medium=social&utm_campaign=tedsprea

UPDATE 3-1-23. My Federal H.B.C. Appeal has been misplaced and/or lost down at the Portland district court house.

January 2023. I Finnished the attatched Parole, 1 Full year. After commutation period. In clackamas County. I could not leave to go home...

Please note that if you intend to pursue both state post-conviction relief and federal habeas corpus relief, you should file for post-conviction relief as soon as practical because there is a one-year time period for filing a petition for federal habeas corpus relief. The one-year federal habeas corpus statute of limitations period does not run, though, while a person is involved in state post-conviction proceedings, including a state post-conviction appeal. That is, once you file a state post-conviction petition, the one-year federal clock stops running until the Oregon Supreme Court denies review.

(2) **Federal Habeas Corpus:** Federal habeas corpus relief is a request of a federal court to review your state criminal conviction, based on allegations that the state court proceedings violated your federal constitutional rights. As noted above, federal habeas corpus relief must be sought within one year following the entry of the appellate judgment and is generally available only after all state remedies have been exhausted; that is, when state direct appeal and state post-conviction relief have been sought and denied. If you want to pursue issues that are appropriate for post-conviction relief, including, for example, ineffective assistance of counsel, discovery violations, and prosecutorial, judicial, or juror misconduct, you would be unable to raise those issues in federal court if you bypass post-conviction relief and file directly in federal court. A person gets only one chance at post-conviction relief, so the decision to bypass post-conviction relief is very important, as is the prompt filing of a petition for post-conviction relief.

Please be advised that this office does not practice in the federal courts and our attorneys are not experts in the area of federal law and procedure. If you have questions about the availability of federal remedies, you should contact the Federal Public Defender, 101 SW Main St., Suite 1700, Portland OR 97204; Telephone: 503-326-2123.

Sincerely,

*/s/ Mark Kimbrell*

Deputy Public Defender
Criminal Appellate Section

Enclosures: Motion to Dismiss, Order of Dismissal and Appellate Judgment; PCR Packet; your tort claim that you previously mailed me.

email  Habevs Group

2

Please note that if you intend to pursue both state post-conviction relief and federal habeas corpus relief, you should file for post-conviction relief as soon as practical because there is a one-year time period for filing a petition for federal habeas corpus relief. The one-year federal habeas corpus statute of limitations period does not run, though, while a person is involved in state post-conviction proceedings, including a state post-conviction appeal. That is, once you file a state post-conviction petition, the one-year federal clock stops running until the Oregon Supreme Court denies review.

(2) **Federal Habeas Corpus:** Federal habeas corpus relief is a request of a federal court to review your state criminal conviction, based on allegations that the state court proceedings violated your federal constitutional rights. As noted above, federal habeas corpus relief must be sought within one year following the entry of the appellate judgment and is generally available only after all state remedies have been exhausted; that is, when state direct appeal and state post-conviction relief have been sought and denied. If you want to pursue issues that are appropriate for post-conviction relief, including, for example, ineffective assistance of counsel, discovery violations, and prosecutorial, judicial, or juror misconduct, you would be unable to raise those issues in federal court if you bypass post-conviction relief and file directly in federal court. A person gets only one chance at post-conviction relief, so the decision to bypass post-conviction relief is very important, as is the prompt filing of a petition for post-conviction relief.

Please be advised that this office does not practice in the federal courts and our attorneys are not experts in the area of federal law and procedure. If you have questions about the availability of federal remedies, you should contact the Federal Public Defender, 101 SW Main St., Suite 1700, Portland OR 97204; Telephone: 503-326-2123.

Sincerely,

*/s/ Mark Kimbrell*

Deputy Public Defender
Criminal Appellate Section

Enclosures: Motion to Dismiss, Order of Dismissal and Appellate Judgment; PCR Packet; your tort claim that you previously mailed me.

*email    Habers Group*

6-10-23

Hello,

I have three Torts lodged in Clackamas County and I need the right type of legal council to run them. The case has an ADA component supported through my hospital at OHSU. I have documents here that will help you to understand the background and I have included several letters I have written. There is a supporting Appeal that is in the Federal Habeas Corpus stage today. The appeal and the Torts are the same claims. The case is on the suspended sentence that I had imposed. I need help to tell these people "NO". The details in the Torts will not fail you, you just have to press them. Some of the parties may not be fully aware even of all the mess that was caused, the compounded gross miscommunication that cost my family. I am able to respond to any and all inquiries and I have more details for this case. The appeal is on the suspended sentence only. Thank you for your time, I hope you can help us or know of the right people too! Here are there associated case numbers.

Sincerely,

Eric Gibson

Case Numbers: 18CR36207, 18CR43454.

Eric William Gibson
12-14-1972
971-335-8913
Oregonhort@gmail.com
8358 SE. Causey Ave. #114.
Happy Valley, OR. 97086



## NOTICE OF "TORT CLAIM"

Eric William Gibson
Name of Claimant

Date: 5-12-2020

SID # 08792398

To:

Clackamas County Transition Center
2219 Kaen Rd.
Oregon City, Or 97045

**RE: TORT CLAIM NOTICE**

Dear

Pursuant to the provisions of ORS 30.275 (and within 180 days after the injury/loss), this office is notified of my intent to initiate legal action against Clackamas County Transition Center and/or agencies involved in the injury/loss/deprivation outlined herein, unless timely and appropriate redress is provided to me.

Date of Injury/Loss/Deprivation: January 24, 2020
Time of Injury/Loss/Deprivation: N/A
Place of Injury/Loss/Deprivation: Downtown office and/or uphill (north) office.

The circumstances giving rise to this claim, so far as is known to the claimant, are as follows:

The week of Jan 24 I reported to D.R. Apts. two to Doug at the downtown oregon city office. This was to finnish my phase 4 of the program at Bridges To Change as instructed. Doug failed to report my Doctor appts to the North transition center whom turned me into the probation office as inexcused absence. My P.o. officer then arrested me on this error and I have been locked up ever since!

<u>NOTICE OF "TORT CLAIM"</u>

ERIC WILLIAM GIBSON                    Date: 5-12-2020
Name of Claimant

SID # 08792398

To:    Kovac Law
       Leanard Kovac SR. LLC
       11073 SE MAIN ST
       MILWAUKIE, OR 97222

RE: TORT CLAIM NOTICE

Dear

Pursuant to the provisions of ORS 30.275 (and within 180 days after the injury/loss), this office is notified of my intent to initiate legal action against Kovac LAW LLC _____ and/or agencies involved in the injury/loss/deprivation outlined herein, unless timely and appropriate redress is provided to me.

Date of Injury/Loss/Deprivation: Februery 2020
Time of Injury/Loss/Deprivation: In custody
Place of Injury/Loss/Deprivation: Clackamas County Jail

The circumstances giving rise to this claim, so far as is known to the claimant, are as follows:

1) Attorney told me he could not afford to investigate my case. Asked "when would he get the money"?

2) Attorney said he did not recieve any of the Telmate e-mails I sent on my defense during the free valentines, free feb. e-mails service offered by Telmate to people in custody. My girlfriend told me she recieved all of hers!

Exibit 1)

Case 3:23-cv-00863-SB    Document 2    Filed 06/12/23    Page 22 of 67

TORT CLAIM NOTICE
[ONE OCCURRENCE, PER FORM]

TO:   OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES
      RISK MANAGEMENT
      PO BOX 12009
      SALEM OR 97309-0009

FROM: CLAIMANT
      Legal Full Name:         Eric William Gibson
      S.I.D Number:            08792398
      Current Mailing Address: Columbia River Correctional Institution
                               911 NE Sunderland Rd.
                               Portland, OR 97211-1708
                               (503) 280-6040

      Date of Birth:           12-14-1972
      Social Security Number:  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
      Location of Loss:        Clackamas County Jail plus current
      Date of Loss:            JAN 28 2020 arrested. FEB seen attorney.

Pursuant to provisions of ORS 30.275, claimant gives notice that a claim for damages is or will be asserted against the public body or an officer, employee or agent of the public body. Below is a description of the time, place and circumstances giving rise to the claim.

3) Attorney says he received none of my voice mails I left from the jail phone to his primary office voice mail to support my sane defense.

4) A document called my Sentencing Order that my attorney is supposed to check and make sure is correct in court was never seen by him or I. I did not know it existed for over a month. The sentence order is totally incorrect according to the judges orders.

5) Attorney failed to defend me, but rather just lectured me! I was unaware he could be fined and ignorant to his failure. I assumed in justice to much. I do appreciate his lecture coming from an elder. I also kinda thought afterwards that maybe he was getting tired of working and near retirement.

PAGE ___ OF ___

Ex. 2 of 11

**TORT CLAIM NOTICE**
[ONE OCCURRENCE, PER FORM]

Any proof of these things are on The Telmate Services
I have witnesse's I could call. And thing in support
of my defense if allowed to access them. I could do
northing from custody.

It is a claimant's responsibility to prove their allegations. Claimant must provide documentation before Risk Management begins an investigation with Dept. of Corrections. Provide any kytes, grievances, property inventory, canteen receipts and incident reports that substantiates your claim.

Document Enclosure(s):    YES ☐    NO ☒

Claimant Signature: _____

SID: 08792358    Date Signed: 5-12-2020

### Name and Addresses of Defendants/State Employees

Kovac Law
Leonard Kovac Jr. LLc
11073 SE MAIN ST.
MILWAUKIE, OR 97222

[SUPERINTENDENT]

After certain date _____
my address will be _____

PAGE ____ OF ____

## NOTICE OF "TORT CLAIM"

Eric William Gibson
Name of Claimant

Date: 5-12-2020

SID# 08792398

/

To:
Clackamas County Community Corrections
1024 Main Street
Oregon City, OR.
97045

**RE: TORT CLAIM NOTICE**

Dear

Pursuant to the provisions of ORS 30.275 (and within 180 days after the injury/loss), this office is notified of my intent to initiate legal action against Clackamas county community correction and/or agencies involved in the injury/loss/deprivation outlined herein, unless timely and appropriate redress is provided to me.

Date of Injury/Loss/Deprivation: Week of Jan 24th          Jan 27th
Time of Injury/Loss/Deprivation: Noon Jan 27th 2020
Place of Injury/Loss/Deprivation: My Fathers House

The circumstances giving rise to this claim, so far as is known to the claimant, are as follows:

Megan Chapman Falsely arrested me after recieving false
intel from the Clackamas county transition center. I was
doing well at Bridges To Change and ready to enter Phase II
in March. I had turned in paper work from the program to
Megan and showed even doing more than the requirements by
earning my N.C.R.C. Attitung/carrer Rediness Certificate.
I was hired by a painting company and starting to work.

Exhibit 14

TORT CLAIM NOTICE
[ONE OCCURRENCE, PER FORM]

TO:  OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES
RISK MANAGEMENT
PO BOX 12009
SALEM OR 97309-0009

FROM: CLAIMANT
Legal Full Name:            Eric William Gibson
S.I.D Number:               08752398
Current Mailing Address:    Colombia River Correctional Institution
                            911 NE Sunderland Rd
                            Portland, OR 97211-1708
                            (503) 280-80646

Date of Birth:              12-14-1972
Social Security Number:     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
Location of Loss:           at My Fathers House, Oregon City
Date of Loss:               JAN 2019

Pursuant to provisions of ORS 30.275, claimant gives notice that a claim for damages is or will be
asserted against the public body or an officer, employee or agent of the public body. Below is a
description of the time, place and circumstances giving rise to the claim.

Megan had grown frustrated because I joined Bridges
To Change Dec-23rd. It shut down for
Christmas, New Years and M.L.K day. This caused
communication troubles between these parties.

1) Bridges To Change staff
2) Transition Center staff
3) Probation office staff
4) Myself

I tried to keep up, but with my Anxiety the trauma from
O.H.S.U. I got behind in the communication errors being made

PAGE ___ OF ___

Exhibit 15

Case 3:23-cv-00863-SB    Document 2    Filed 06/12/23    Page 26 of 67

TORT CLAIM NOTICE
[ONE OCCURRENCE, PER FORM]

I can prove full program compliance, if allowed to go through a daily account of my time line from Dec - 23rd. When I joined Bridges To Change I have an appointment book, cell phone call logs and calendar. My emails and email calendar. I also have witnesses to account for every hour of every day. I just was denied access to any/of it by being arrested.

It is a claimant's responsibility to prove their allegations. Claimant must provide documentation before Risk Management begins an investigation with Dept. of Corrections. Provide any kytes, grievances, property inventory, canteen receipts and incident reports that substantiates your claim.

Document Enclosure(s):    YES ☐    NO ☒

Claimant Signature: _____

SID: 08793388    Date Signed: 5-12-2020

Name and Addresses of Defendants/State Employees

Clackamas County Corrections

1024 MAIN STREET
OREGON CITY, OR
97045

[SUPERINTENDENT]

After certain date _____
my address will be _____

PAGE ____ OF ____

Exhibit 16

5-9-2023

To Whom It May Concern:

Greetings- Here is an excerpt from the court proceedings and the three Torts I filed from Coffee Creek. Coffee Creek Staff were not too happy to see me and they made sure I would get the Torts and Appeal made. This is where I first heard the term "Oregon Justice Reform", from staff at Coffee Creek.

I joined Bridges To Change (BTC) December 13th 2020. The day before my birthday. Megan Allen remembers it well. I had trouble getting in, BTC was at capacity and they only took triage on fridays. The office I was going to was in Oregon City and I was commuting to get there from Portland. I was dealing with homelessness and making it on Friday was difficult. I would not know until Thursday if I was going down or not. That's a 15-20 mile distance fyi. Talk about a tough deal, man I feel our peoples agony.

The period of time from my arrest is 1 month. I had a one month time line to line item detail in court. I was going to do it and I still can. Here are 2 pages of the PV Hearing. I will use these to help you get an idea of the atmosphere, etc. First- You need to know that the way this thing depicts me is not what my experience was at all. I did not realize due to my condition how far apart I was from my probation officer. How disconnected we were. I was on another level from her experience and I don't think she understood that I was fighting to save my life. Also, The VS. Them VS. Me mentality/attitude. The Me versus them perspective was imposed on me by the probation officer. I did not have that kind of attitude and did not understand it until later.

I was there to save my life and I needed help. I was and have been grateful for all of it. For the P.O. Officer to write or for the Public Defender to say I "blurt out" is cruel. What my experience would be is more of a response or reaction in conversation to something only from a lack of experience and knowledge and only because of my medical diagnosis of Anxiety and PTSD. All of the things that were happening made it very stressful and here I have an anxiety diagnosis.

All of the comments in this court proceeding about me you can read about considering: 1) Without the diagnosis. 2) With it.

The general mood of the paper shows me as defiant, rude, uncaring like, etc. And it is the exact opposite in my experience. I cared and still do. I was trying very hard to do things and to fix communication problems and I was doing this all from not having any experience with these agencies and management. This probation officer's lack of experience and whatever she was dealing with caused

me to lose my freedom and took me away from my dying parents. Why she painted this picture I would still like to know? When I got to the jail after being arrested I was hearing people bad mouth Megan (PO Officer) and her race. This gave me perspective on what she was dealing with and helped me to understand how she used me as a punching bag. I would love to have a proper day in court to be able to go over the timeline details of my time at BTC and show all of the errors and lack of correction. To demonstrate who? and what? and when? and why?. I'm prepared and I can still do this today. I am asking for your support to receive proper Justice and to help resolve this case.

Here are three pages of the court proceeding. Page 88, 90, and 105. In the border I have written out large letters to number certain paragraphs. You will see: 3, 4, on page 88.
 5, 6, 7, on page 90. 14, 15, 16, 17, 18, on page 105. There are some details highlighted to make it easier for the viewer to follow.

There are comments on each number that I have made that will help you to better be able to understand this case. You will see the Public Defenders comments and the Probation Officers general attitude as she has come to court to condemn me. My hope is that you will be able to understand better what my experience was.

Page 88.

3. Contested Hearing- I was fully under the idea that Mr. Kovack had something figured out here. Along lines like that I would be recycling at the most, maybe time served and start at phase one again? This document shows where Bridges To Change says- He hasn't done anything. So I see that I should have not accepted any kind of punishment. Because all that I did was get caught up in a big mess that snowballed. Something I could not stop and that others were not communicating in. I would be working on one problem when another would come rolling right over me. Minor things that caused bigger things. Mr. Kovack had made this sound to me as if he had got it worked out. I was under the impression that he had resolved things and we had it figured out, but that did not happen.

4. It says time set for a contested hearing and then that I have a stipulation. So my thoughts were that ok I heard contested hearing, great and I know we have got it worked out so stipulation is legal jargon? I was thinking that they had to go over the legal terms as court proceedings. But Megan's hammer never let up? It all went downhill and my medical condition kicked in, blocking me away from taking my own better control. I could only fight tears. Again, The Public Defender had me thinking generally that he had resolved the problems I had, that the issues and the miscommunications that caused problems had been resolved. I was only thinking this way because I was thinking that, ok he's the law,

and a lawyer, he is part of the Justice system, they know what they are doing. I had no idea that Justice would be failing here?

5. Fails To Appear- This is not the required monthly PO meetings. These are part of the, come to my office here or there times. These times are referred to here. 1. Include phone calls and texts. (Not Listed). It does not include a time when Megan was not there herself? Megan once assigned me to go downtown Portland to do a mental health assessment. She did not want to use the BTC one. She sent me downtown and told me to come in after I was done. I commuted to Depaul, NW Portland off of Burnside. Depaul told me that I was not on the computer. I go home to my BTC apt. Calling Megan and leaving a voicemail. It was never spoken of again. I assumed things just rolled along and I would do the BTC one.   This document is full of this, why?

6. Mr. Gibson is not open to direction at this time! This is 100% a lie, or not a lie, but it is not accurate. I worked so hard to save my life. I welcomed the help so much. This document shows you that we are fully opposite from each other's experience. This paragraph shows Bridges To Change saying, "HE HAS DONE NOTHING".

7. If I had a gun in quotes there would be dead bodies everywhere?

   1) Completely false and totally dames me.
   2) My Mentor Brian was in the office that day sitting next to me.
   3) I was trying to use an analogy of battlefield chaos to help describe the mess of the compounded miscommunications that were happening and that were beginning to bury me. I would be working on a problem when a new one would happen from some other thing or that thing. Megan cut this analogy off, cut me off, and this is what she made of it later? How? I had no idea she would act like this in court saying these things?
   4) If I would have said these things about killing PEOPLE,  Megan would be under direct requirement to do a lot more of her duty to protect people. She totally fails to do so. Why?

14 and 15.

The document is moving along with me as the person that it has me made out to be. It reads as if I have not been doing well at all and defiant. I never felt that way and I never had any conversations about me being that way with anyone at that time. For me to go back to court was a good thing because we were going to be able to go over a detailed timeline and have the people accounted for and the actions and details. We were going to be able to work it all out. That's what I thought anyway? In 15

you see it says- A level of his own choosing. I don't know what she is thinking here and would love an explanation. The only level I would be choosing was a higher one. I was the only BTC Client to take RentWell and earn the ACT at the college during free time. Then it says "This isn't going to work". This makes no sense to me. I would only be able to say that "Things are not working".

16.

It reads, everything we have tried has been unsuccessful. This is not true.


17/18.

The Probation Officer says "circular thinking". And here we have the word "blurt".  Take these sentences and apply my PTSD/Anxiety diagnosis. Should I be treated this way "professionally". I can tell you that in my heart, that I had no idea that I was being perceived this way. That experience was me trying to understand, trying to relate, to respond and to resolve, but I couldn't do that. This is confusion and maybe I even have an anxiety attack in progress? Because I was treated as if I were lying, that my medical condition wasn't real, or something like this, I in turn doubted myself and doctors, closing off my ability to self regulate correctly and to be able to understand what was going on with myself. Cruel.



Sincerely,

Eric Gibson

**February 25, 2020**                                        88
           PV Hearing

1        THE COURT:   Okay.  Are we all working off the
2    report dated 1-31-20?
3        MR. KOVAC:   Correct.
4        THE COURT:   Okay.  And that was authored by you,
5    Ms. Chapman?
6        MS. CHAPMAN:  I am.
7        THE COURT:   Okay.  So it sounds like, Mr.
8    Gibson, even though this is set for a contested hearing,
9    you are not contesting the allegations that are listed
10   in the report?
11       THE DEFENDANT:   That's correct.
12       THE COURT:   Okay.  So now is the time set for a
13   contested hearing, we have Ms. Chapman here, but I will
14   accept your stipulation.
15       THE DEFENDANT:   No, ma'am.  No -- on the
16   stipulation, please accept that.
17       THE COURT:   Okay.
18       THE DEFENDANT:   Yes, ma'am.
19       THE COURT:   And so the recommendation on behalf
20   of the State -- Ms. Chapman, I see here that you have
21   listed out the conformance in the community and you are
22   respectfully recommending that Mr. Gibson's probation be
23   revoked and that he serve 30 months followed by 24
24   months of post-prison supervision.  Is -- and it looks
25   like, would that have been a gridblock sentence?

3.
4.

State's Recommendation                                      90

1    Van Rysselberghe.    I have a copy of the probation

2    violation judgment and order from that date and Mr.

3    Gibson was sanctioned to nine days jail, probation was

4    continued.

5        In reviewing Mr. Gibson's conformance and

6    behavior on probation, excuse me, it's apparent that he

7    is not willing to conform with the behavior required

8    from him, which is outlined in Ms. Chapman -- Probation

9    Officer Chapman's report, that he has multiple failures

10   to appear -- or not failures to appear, but failures to

11   report to office visits with Ms. Chapman.

12       Mr. Gibson is not open to direction at this time,

13   this is according to the report, he becomes angry during

14   feedback sessions, talks over Ms. Chapman, and his

15   treatment team maintains that he has done nothing -- and

16   maintains, meaning Mr. Gibson, that he has done nothing

17   wrong, despite evidence to the contrary.    During an

18   office visit that was approximately a month ago on

19   January 24th of this year, Mr. Gibson stated that he

20   wanted to go back to court, essentially he did not want

21   to engage in the directives or the treatment, and then

22   proceeded to state, "If I had a gun, there would be dead

23   bodies everywhere."    Probation Officer Chapman explained

24   to Mr. Gibson that being on probation means that he

25   needed to engage with the treatment and abide by the

1    that when she last met with him on January 24th of this

2    year, that she advised him that he would have to return

3    to court if he refused to have a professional

4    conversation with her in the probation office.  At that

5    point he stated he wanted to go back to court.  He then

6    asked if -- he then stated, "If I had a gun, there would

7    be dead bodies everywhere."  When explained to Mr.

8    Gibson that being on probation meant that he needed to

9    get engaged in programming and participate in the

10    recommended level, rather than the level of his own

11    choosing, he stated, "This isn't going to work."  And so

12    at this point, everything they've tried, everything

13    we've tried has been unsuccessful.  We would ask that

14    the stipulated resolution be imposed here and I'll work

15    on those two forms.

16         THE COURT:   Thank you.

17         Mr. Kovac.

18         MR. KOVAC:   Thanks, Your Honor.

19         Mr. Gibson has a tendency, in my experience, and

20    that's having met with him on, I don't know, four

21    occasions, several times at the jail and then here in

22    court, has a tendency to engage in circular thinking.

23    He talks and talks and talks.  He also is very reactive

24    and blurts out things that either don't make sense or

25    are -- are not appropriate.  This comment about the gun

From
Clackamas
Community
Colleges
Human
Services
Program

CURRENT

## Human Services Workers

LO3

The personnel at human services agencies can be divided into four general catego-
ries: (1) those who provide help to recipients, (2) supervisory personnel, (3) admin-
istrators who determine the policies of the agency, and (4) support personnel who
do clerical, maintenance, and security work. In addition, some settings, such as hos-
pitals and nursing homes, require kitchen, housekeeping, and other support work-
ers. In smaller agencies, workers sometimes have to do work in several of these
categories.

A great many job titles, positions, and professions are included under the gen-
eral heading of human services worker. These range from positions that require rela-
tively little formal training, such as mental hospital aide and teacher assistant, to
those that require extensive formal training and education. Clinical and counseling
psychologists, psychiatrists, social workers, and nurses are included in the latter cat-
egory. Chapter 6 goes into detail about a wide range of career options in the field.

There is considerable variation in the extent to which different professionals
identify themselves as human services workers. Social workers, for example, have
generally been more accepting of the term than have psychologists or psychiatrists.
The term human services worker is more than a way of identifying workers in a
particular field; it carries with it a certain attitude or philosophy about the field. The
underlying idea is that the separate disciplines should emphasize what they have in
common—serving people's needs—rather than emphasize their differences.

Some activists would like to phase out specialty training in favor of generalist
training in human services. However, there is considerable resistance to this idea
from professionals who wish to preserve separate identities as psychologists, social
workers, psychiatrists, and so on. Apologies are offered if all this sounds confusing;
it is confusing because the field of human services is undergoing rapid change. It is
not possible to know for certain how human services workers of the future will be
trained or what their job titles will be.

## Kinds of Help Provided

Human services provide many kinds of aid and services. Perhaps the most basic
kind of direct aid consists of tangible items such as food, clothing, shelter, tools, and
other useful articles. Victims of natural disasters and homeless poor persons may
be in dire need of this kind of help. The Salvation Army and the Red Cross are well
known for providing hot meals and shelter to homeless people.

In most situations, cash transfers can readily be exchanged for needed goods
and services. Social security, welfare, and unemployment insurance are among the
most important benefits of this kind because millions depend on them for economic
survival. These cash benefits can be used in any way the recipient sees fit. This free-
dom worries some politicians, who fear that the money will be used for nonessen-
tial or even destructive items. Consequently, some benefits are offered with strings
attached—in other words, the benefits can be used only for some specified purpose.
Food stamps, for example, are given to eligible poor persons but can be used only to
buy food. Another example is a housing subsidy paid directly to the landlord for a
welfare recipient's rent.

In addition to these forms of aid, some services are designed to increase clients'
capacities to gain satisfaction of needs by their own efforts. The next few paragraphs

services is offered by Alle-Corliss and Alle-Corliss (1998) viewing human services as "encompassing professional services provided to those in need." Still another perspective is offered by Kanel (2008) who observes "human services uses a multidisciplinary, holistic, and eclectic approach to helping people with various needs."

Experts do not agree on the range or type of helping activities that should be included in human services. A definition that falls between the very narrow and the very broad ones just discussed is preferable. Human services are organized activities that help people in the areas of health care; mental health, including care for persons with intellectual and developmental disabilities and the physically handicapped; social welfare; child care; criminal justice; housing; recreation; and education. Another type of service that might be included is income maintenance, a term that refers to programs like unemployment insurance and social security, which provide income to people who are unemployed or retired.

It should be noted that human services do not include the help given by family, friends, or other primary supports. To be considered human services, the help must be provided by some type of formal organization, be it a clinic, hospital, nursing home, agency, bureau, or other service institution.

Obviously, human services cover a lot of ground, having increased greatly in size and scope during recent decades in the United States. Currently included in social welfare are expenses for social security, welfare, veterans' programs, education, housing, and other public programs.

The federal government is the major provider of social welfare benefits. In fact, most of the huge federal budget, approximately 90%, goes for social programs of one kind or another. The Personal Responsibility and Work Opportunity Reconciliation Act of 1996—better known as The Welfare Reform Act of 1996—has had a significant impact on the cost of social welfare programs, the exact magnitude of which is still to be determined. By any standard, the human services industry is one of the largest industries in the United States. The Bureau of the Census lists many occupations that may be included under the heading of human services. The following chart highlights the projected percentage change between 2005 and 2015 of the fastest-growing occupations (Statistical Abstracts of the United States 2011, Bureau of the Census). The 2015–2025 Census Bureau figures indicate a continued growth pattern in these occupational areas.

| | |
|---|---|
| Home health aides | 145% |
| Human services workers | 150% |
| Personal and home care aides | 135% |
| Computer engineers and scientists | 125% |
| Systems analysts | 135% |
| Physical and corrective therapy aides | 95% |
| Physical therapists | 92% |
| Occupational therapy assistants and aides | 81% |
| Teachers and special education | 77% |
| Correction officers | 81% |
| Child care | 77% |
| Occupational therapists | 75% |
| Psychologists | 53% |

ethical codes are not legal documents, they may be used to address issues related to the behavior of human service professionals.

Persons who use this code include members of the National Organization for Human Services, students in relevant academic degree programs, faculty in those same programs, researchers, administrators, and professionals in community agencies who identify with the profession of human services. The ethical standards are organized in sections around those persons to whom ethical practice should be applied.

## Responsibility to Clients

*STANDARD 1* Human service professionals recognize and build on client and community strengths.

*STANDARD 2* Human service professionals obtain informed consent to provide services to clients at the beginning of the helping relationship. Clients should be informed that they may withdraw consent at any time except where denied by court order and should be able to ask questions before agreeing to the services. Clients who are unable to give consent should have a legal representative available to give consent for them.

*STANDARD 3* Human service professionals protect the client's right to privacy and confidentiality except when such confidentiality would cause serious harm to the client or others, when agency guidelines state otherwise, or under other stated conditions (e.g., local, state, or federal laws). Human service professionals inform clients of the limits of confidentiality prior to the onset of the helping relationship.

*STANDARD 4* If it is suspected that danger or harm may occur to the client or to others as a result of a client's behavior, the human service professional acts in an appropriate and professional manner to protect the safety of those individuals. This may involve, but is not limited to, seeking consultation, supervision, and/or breaking the confidentiality of the relationship.

*STANDARD 5* Human service professionals recognize that multiple relationships may increase the risk of harm to, or exploitation of, clients and may impair their professional judgment. When it is not feasible to avoid dual or multiple relationships, human service professionals should consider whether the professional relationship should be avoided or curtailed.

*STANDARD 6* Sexual or romantic relationships with current clients are prohibited. Before engaging in sexual or romantic relationships with former clients, friends, or family members of former clients, human service professionals carefully evaluate potential exploitation or harm and refrain from entering into such a relationship.

*STANDARD 7* Human service professionals ensure that their values or biases are not imposed upon their clients.

STANDARD 8 Human service professionals protect the integrity, safety, and security of client records. Client information in written or electronic form that is shared with other professionals must have the client's prior written consent except in the course of professional supervision or when legally obliged or permitted to share such information.

*STANDARD 9* When providing services through the use of technology, human service professionals take precautions to ensure and maintain confidentiality and comply with all relevant laws and requirements regarding storing, transmitting, and retrieving data. In addition, human service professionals ensure that clients are

aware of any issues and concerns related to confidentiality, service issues, and how technology might negatively or positively impact the helping relationship.

## Responsibility to the Public and Society

*STANDARD 10* Human service professionals provide services without discrimination or preference in regards to age, ethnicity, culture, race, ability, gender, language preference, religion, sexual orientation, socioeconomic status, nationality, or other historically oppressed groups.

*STANDARD 11* Human service professionals are knowledgeable about their cultures and communities within which they practice. They are aware of multiculturalism in society and its impact on the community as well as individuals within the community. They respect the cultures and beliefs of individuals and groups.

*STANDARD 12* Human service professionals are aware of local, state, and federal laws. They advocate for change in regulations and statutes when such legislation conflicts with ethical guidelines and/or client rights. Where laws are harmful to individuals, groups, or communities, human service professionals consider the conflict between the values of obeying the law and the values of serving people and may decide to initiate social action.

*STANDARD 13* Human service professionals stay informed about current social issues as they affect clients and communities. If appropriate to the helping relationship, they share this information with clients, groups, and communities as part of their work.

STANDARD 14 Human service professionals are aware of social and political issues that differentially affect clients from diverse backgrounds.

*STANDARD 15* Human service professionals provide a mechanism for identifying client needs and assets, calling attention to these needs and assets, and assisting in planning and mobilizing to advocate for those needs at the individual, community, and societal level when appropriate to the goals of the relationship.

*STANDARD 16* Human service professionals advocate for social justice and seek to eliminate oppression. They raise awareness of underserved population in their communities and with the legislative system.

*STANDARD 17* Human service professionals accurately represent their qualifications to the public. This includes, but is not limited to, their abilities, training, education, credentials, academic endeavors, and areas of expertise. They avoid the appearance of misrepresentation or impropriety and take immediate steps to correct it if it occurs.

*STANDARD 18* Human service professionals describe the effectiveness of treatment programs, interventions and treatments, and/or techniques accurately, supported by data whenever possible.

## Responsibility to Colleagues

*STANDARD 19* Human service professionals avoid duplicating another professional's helping relationship with a client. They consult with other professionals who are assisting the client in a different type of relationship when it is in the best interest of the client to do so. In addition, human services professionals seek ways to actively collaborate and coordinate with other professionals when appropriate.

*STANDARD 20* When human service professionals have a conflict with a colleague, they first seeks out the colleague in an attempt to manage the problem. If this effort fails, the professional then seeks the assistance of supervisors, consultants, or other professionals in efforts to address the conflict.

**STANDARD 21** Human service professionals respond appropriately to unethical and problematic behavior of colleagues. Usually this means initially talking directly with the colleague and if no satisfactory resolution is achieved, reporting the colleague's behavior to supervisory or administrative staff.

**STANDARD 22** All consultations between human service professionals are kept private, unless to do so would result in harm to clients or communities.

### Responsibility to Employers

**STANDARD 23** To the extent possible, human service professionals adhere to commitments made to their employers.

**STANDARD 24** Human service professionals participate in efforts to establish and maintain employment conditions that are conducive to high-quality client services. Whenever possible, they assist in evaluating the effectiveness of the agency through reliable and valid assessment measures.

**STANDARD 25** When a conflict arises between human service professionals fulfilling the responsibility to the client, human service professionals refrain from harm to clients or communities.

### Responsibility to the Profession

**STANDARD 26** Human service professionals seek the training, experience, education, and supervision necessary to ensure their effectiveness in working with culturally diverse individuals based on age, ethnicity, culture, race, ability, gender, language preference, religion, sexual orientation, socioeconomic status, nationality, or other historically oppressive groups. In addition, they will strive to increase their competence in methods that are known to be the best fit for the population(s) with whom they work.

**STANDARD 27** Human service professionals know the limit and scope of their professional knowledge and offer services only within their knowledge, skill base, and scope of practice.

**STANDARD 28** Human service professionals seek appropriate consultation and supervision to assist in decision-making when there are legal, ethical, or other dilemmas.

**STANDARD 29** Human service professionals promote cooperation among related disciplines to foster professional growth and to optimize the impact of inter-professional collaboration on clients at all levels.

**STANDARD 30** Human service professionals promote the continuing development of their profession. They encourage membership in professional associations, support research endeavors, foster educational advancement, advocate for appropriate legislative actions, and participate in other related professional activities.

**STANDARD 31** Human service professionals continually seek out new and effective approaches to enhance their professional abilities and use techniques that are conceptually or empirically grounded. When practicing techniques that are experimental or new, they inform clients of the status of such techniques as well as the possible risks.

**STANDARD 32** Human service professionals conduct research that adheres to all ethical principles, institutional standards, and scientific rigor. Such research takes into consideration cross-cultural bias and is reported in a manner that addresses any limitations.

**STANDARD 33** Human service professionals make careful decisions about disclosing personal information while using social media, knowing that they reflect the profession of human service. In addition, they consider how their public conduct may reflect on themselves and their profession.

have a strong influence on the way he or she goes about the helping process. If the worker pressures the client to make a decision in line with the worker's values, the client may later feel that she betrayed her own sense of what was right in this situation.

How can you as a beginning worker avoid placing values on others? It may help to think about the influences that shaped your values and beliefs. This reflection will help you to appreciate the fact that people who come from different backgrounds may have values different from your own. Other people feel that their values are "right" just as your values feel "right" to you.

To begin the process of clarifying your values, you might answer these questions:

- What values underlie your desire to help others?
- What social issues do you feel strongly about?
- Which client behaviors would you have trouble accepting?
- Which of your values would you like to change?
- What would you like to accomplish in human services?
- How do you go about solving personal problems?
- Do you readily seek help from others when you need it?

## Professional Codes of Ethics

The development of professional codes of ethics involves the concept of "moral correctness." Deciding what is morally correct for everyone all of the time is a difficult, if not an impossible, task. One needs only to read a newspaper or listen to a TV news report to hear of the major battles fought daily in our elected legislative bodies over issues such as abortion, homosexuality, obscenity, premarital sex, or euthanasia. Certainly, the religions of the world vary in their views toward these and other issues. Even the law of the land varies considerably in different sections of the country regarding each of these issues. In 1973, the U.S. Supreme Court in the case of *Miller v. California* stated that local municipalities have the right to set their own standards concerning what is obscene, for instance.

Those charged with the responsibility of developing professional codes of ethics face the difficult challenges. How can a particular set of guidelines or set of principles encompass everyone's varying beliefs? At present, there is no single code of ethics that applies to all careers or disciplines in the broad field of human services. Rather, the professional organizations that represent individual careers have established separate codes of ethics to provide guidance and direction for their own members. Some professional organizations that have established such codes are the American Psychological Association (APA), the National Association of Social Workers (NASW), the American Medical Association (AMA), the Council for Standards in Human Service Education (CSHSE), the National Organization for Human Service Education (NOHSE), the American Counseling Association (ACA), the American Association for Marriage and Family Therapy (AAMFT), and the National Academy of Certified Clinical Mental Health Counselors (NACCMHC).

The general guidelines offered by professional codes of ethics could not possibly instruct the practitioner on what to do or how to behave in all professional situations. Ethical codes do, however, serve various important functions. For example, codes define minimal standards of professional conduct and attempt to ensure

that workers meet various standards, requirements, or levels of competency (Corey, Corey, & Callanan, 2015). Ethical codes also define the scope of responsibilities for individuals and help clarify various common issues of major concern within a particular field. Van Hoose and Kottler (1986) cite additional reasons why such codes exist: (a) they are self-imposed as an alternative to having regulations imposed by legislative bodies, (b) they are designed to prevent internal bickering and disagreement within the profession, and (c) they are designed to help protect the practitioner in areas of malpractice.

Many areas of overlap exist among the various codes of ethics. The issue of client confidentiality and the right to privacy is one such area. The concept of confidentiality serves to protect the client from any unauthorized use of information by the human services worker without the informed consent of the client. In general, confidentiality can be viewed as a safeguard for clients' rights. The issue of client termination is another example. When is it considered ethically appropriate to terminate work with a client? Another important issue is, what responsibilities does the worker have to the community at large when working with dangerous or high-risk clients?

The Code of Ethics of the National Association of Social Workers (2015) addresses the issue of confidentiality in this manner:

Confidentiality and Privacy—The social worker should respect the privacy of clients and hold in confidence all information obtained in the course of professional service.

1. The social worker should share with others confidences revealed by clients, without their consent, only for compelling professional reasons.
2. The social worker should inform clients fully about the limits of confidentiality in a given situation, the purposes for which information is obtained, and how it may be used.
3. The social worker should afford clients reasonable access to any official social work records concerning them.
4. When providing clients with access to records, the social worker should take due care to protect the confidences of others contained in those records.
5. The social worker should obtain informed consent of clients before taping, recording, or permitting third-party observation of their activities.

The Ethical Standards of Human Services Professionals (National Organization for Human Services, 2015b) also address client confidentiality:

The Human Service Professional's Responsibility to Clients
*Statement 1*: Human service professionals negotiate with clients the purpose, goals, and nature of the helping relationship prior to its onset, as well as inform clients of the limitations of the proposed relationship.

*Statement 2*: Human service professionals respect the integrity and welfare of the client at all times. Each client is treated with respect, acceptance, and dignity.

*Statement 3*: Human service professionals protect the client's right to privacy and confidentiality except when such confidentiality would cause harm to the client or others, when agency guidelines state otherwise, or under other stated conditions (e.g., local, state, or federal laws). Professionals inform clients of the limits of confidentiality prior to the onset of the helping relationship.

*Statement 4*: If it is suspected that danger or harm may occur to the client or to others as a result of a client's behavior, the human service professional acts in an appropriate and professional manner to protect the safety of those individuals. This may involve seeking consultation, supervision, and/or breaking the confidentiality of the relationship.

*Statement 5*: Human service professionals protect the integrity, safety, and security of client records. All written client information that is shared with other professionals, except in the course of professional supervision, must have the client's prior written consent.

*Statement 6*: Human service professionals are aware that in their relationships with clients power and status are unequal. Therefore, they recognize that dual or multiple relationships may increase the risk of harm to, or exploitation of, clients, and may impair their professional judgment. However, in some communities and situations it may not be feasible to avoid social or other nonprofessional contact with clients. Human service professionals support the trust implicit in the helping relationship by avoiding dual relationships that may impair professional judgment, increase the risk of harm to clients, or lead to exploitation.

*Statement 7*: Sexual relationships with current clients are not considered to be in the best interest of the client and are prohibited. Sexual relationships with previous clients are considered dual relationships and are addressed in Statement 6 (above).

*Statement 8*: The client's right to self-determination is protected by human service professionals. They recognize the client's right to receive or refuse services.

*Statement 9*: Human service professionals recognize and build on client strengths.

The following is the complete Ethical Standards for Human Service Professionals, adopted 2015.

**Ethical Standards for Human Service Professionals**

**National Organization for Human Services, Adopted 2015**

**Preamble**

Human services is a profession developed in response to the direction of human needs and human problems in the 1960s. Characterized by an appreciation of human beings in all of their diversity, human services offers assistance to its clients within the context of their communities and environments. Human service professionals and those who educate them promote and encourage the unique values and characteristics of human services. In doing so, human service professionals uphold the integrity and ethics of the profession, promote client and community well-being, and enhance their own professional growth.

The fundamental values of the human services profession include respecting the dignity and welfare of all people; promoting self-determination; honoring cultural diversity; advocating for social justice; and acting with integrity, honesty, genuineness, and objectivity.

Human service professionals consider these standards in ethical and professional decision-making. Conflicts may exist between this code and laws, workplace policies, cultural practices, credentialing boards, and personal beliefs. Ethical decision-making processes should be employed to assure careful choices. Although

NO ACTIONS TAKEN FOR ALEGED GUN STATEMENT.

4-26-2022

Dear OHSU,

Hello- I filed a report with the OHSU main complaints line and the department sent it over to the Richmond Clinic where I am a patient. I have not heard back from Richmond Clinic and I have been processing time in accordance with the legal timelines associated with my case. I am now sending this over to you in hopes that you can respond in time for it to matter if it needs to.

I had a PTSD/Anxiety diagnosis that I had started to suffer the attacks from for the first time. This diagnosis and the symptoms were being ignored by staff and folks while I was dealing with a systemic agency failure in Clackamas County. A probation officer and a public defender did not believe that I had the symptoms, that I had PTSD. The disregard was part of a larger failure that happened and I was falsely arrested one day when I was graduating from one phase to another at Bridges to Change.

I am writing this because I thought about you and how I would be pretty upset if I knew that my product or patient was being mistreated like this. I write because it was bad enough to witness our poor legal systems under failure but add in disregard for OHSU and things, it just made things more odd. Please review the documents and contact Venetia Meyhew and myself if you would like to help with this situation. I feel like it merits proper attention immediately.

The Bridges to Change apology letter boosted my morale when I was incarcerated and I was hoping that there would be others, but they did not come.

Sincerely,

Eric Gibson
DG 25057A
971-335-8913
oregonhort@gmail.com

South Fork Forest Camp/Senator Betsy Johnston rep.


OHSU

September 10, 2021

RE: Eric W Gibson
DOB: 12/14/1972

To Whom It May Concern,

Eric W Gibson is a patient at the OHSU Richmond Clinic. I am his
primary care provider and familiar with his medical history.

Mr. Gibson has a history of an anterior cruciate ligament (ACL) repair
of his left knee in 2007. He continues to have knee pain with heavy
lifting, prolong sitting and/or standing. He suffers from chronic lower
back pain which can be exacerbated by lifting, standing, and sitting.
Finally, he struggles with anxiety and post-traumatic stress disorder
causing him to have panic attacks.

He is being seen regularly at the clinic to address these chronic
issues.

Sincerely,

*Toy Lim, FNP*

Toy H Lim, DNP, FNP-C
OHSU Primary Care at Richmond

*This shows the PTSD Diagnosis from DR. GIEDEON*

**Family Medicine at Richmond**

**Office location:**
Mail Code FMR
3930 S.E. Division St.,
Portland, Oregon 97202

**Contact information:**
Tel: 503-418-3900
Fax: 503-418-3939



Creating Hope Through Community

8/13/2020

Dear Mr. Gibson,

Thank you so much for reaching out to Bridges to Change and sharing your experience with us. First, I want to apologize that you had a bad experience with our program. Bridges to Change is an organization that supports individuals going through many stressful events in their lives and it sounds like you were going through a very stressful event.

I have looked at what happened and am very sorry you were not supported the way you wanted to be supported. I have talked to the program manager and we have trained staff on the correct way to offer support.

I want you to be assured that if you come back through the Bridges to Change program, you will be supported through any events that happen in your life. We have reorganized our program so that it is a client led program.

I hope that you will accept our apology and we look forward to helping you when you are released. Feel free to contact me anytime.

Regards,

Shawn Bibb
Peer Services Associate Director
sbibb@bridgestochange.com
503-560-9085

*If this letter had never needed to be written. I would not have been felsley incarcerated.*

*In Prison, this letter gave my family and I hope. That there would be more and I would be freed.*

PO Box 16576
Portland, OR 97292
Phone: 503-465-2749
Fax:503-208-2596 www.bridgestochange.com



## Personal Property
## (BTC Copy)

If for some unforeseen reason, I am unable to personally remove my property, due to arrest, eviction, etc. I hereby authorize :

Name: Eic Gibson

Phone: 971-335-8913

To take possession of all my belongings that remain in the care of the Bridges to Change in which I resided.  I also understand that if my property is not retrieved within 30 days of my departure, my property will be disposed of.

Print Name: Eric Gibson                 Date: 10/12/2021

Signature: *Eric Gibson*

Staff: *s/jngl county.*

This form was created after all of my things were stolen from my BTC room. This was after my false arrest. I made a detailed list, all of my good winter wear some things irreplacable.                    gone.

PO Box 16576
Portland, OR 97292
www.bridgestochange.com



# Oregon

Kate Brown, Governor

**Oregon Department of Corrections**
Correctional Services Division
2575 Center Street NE
Salem, OR 97301-4667
Voice: 503-945-0927
Fax: 503-373-1173



April 27, 2021

*From Incarceration to* ↙

Eric William Gibson
SID # 8792398
Facility: SFFC

<u>Subject</u>: Status of Commutation Release Process

Dear Eric Gibson:

I am writing to inform you that you have been approved for commutation release through Governor Brown's COVID-19 commutation process.

In order to continue meeting the criteria while awaiting release, it is important you maintain the good behavior you have demonstrated over the past twelve months or more. Failure to do so may impact your early release through this process.

**<u>As a reminder, housing approved by Community Corrections must be in place before an early release date can be set. The Release Counselor at your institution will work with you to develop a viable housing plan. Once that is in place, your release date will be scheduled.</u>**

Please know that if you have not received a COVID vaccine, then a COVID-19 test will be required prior to release. If you test positive for COVID-19, your release will be delayed until such a time that you test negative and are symptom free.

Thank you,

Nathaline Frener
Assistant Director

*I had to do this and a year of parole from January 31. I could not leave their county.*



Kate Brown, Governor

**Oregon Department of Corrections**
Columbia River Correctional Institution
9111 NE Sunderland Ave.
Portland, OR 97211
Voice: 971-673-3614
Fax: 503-280-6012

July 16, 2021

Honorable Judge,

Eric William Gibson # 8792398 is currently on Commutation Release with the Oregon Department of Corrections until January 24th, 2022. Mr. Gibson was sentenced out of Clackamas County for Unauthorized Use of a Vehicle (18CR43454) and three counts of ID Theft (18CR36207). He began his sentence on March 19th, 2020 and was commuted from Columbia River Correctional Institution on June 3rd, 2021.

Mr. Gibson's housing history is as follows:

Coffee Creek Intake Center:                03/19/20 – 04/21/20
Columbia River Correctional Institution: 04/21/20 – 10/06/20
South Fork Forest Camp:                    10/06/20 – 05/25/21
Columbia River Correctional Institution: 05/25/21 – 06/03/21

Mr. Gibson maintained clear conduct and did not receive any major or minor misconduct reports during his incarceration, nor did he receive any program failures. He participated in Religious Services activities and maintained Measure 17 work compliance while housed at South Fork Forest Camp. SFFC is a jointly operated facility run by the Oregon Department of Corrections and the Oregon Department of Forestry. (See attached Flyer for more information)

Please feel free to contact me at 503-673-3541 should you have any questions.

Sincerely,

James R. Hanley
Correctional Rehabilitation Manager

# Sandra Gibson
# Steve Gibson

Sandra passed away peacefully at home in December 2020 followed by Steven peacefully in February 2021.

She worked for Bentley's and Mike Swift Construction. She had many good friends and was well loved. Her favorite pastimes were teaching Merle Haggard how to play craps at Sharkys, Cow Pasture Boxing and Sharkys round-ups.

Sandra's dad was a Korean War veteran. Steve was a long-haul truck driver, his dad had 6 brothers, several serving in WW2. They both loved the valley very much.

They are survived by sons Jason and Eric Gibson. and grandson Josh Gibson.

I was at South Fork Forest Camp during this. My commutation came too late. Both passed.

Extremely Difficult!

FROM THE DESK OF

# Laura Cumming

August 4, 2021

Your Honor,

I met Eric Gibson 18 years ago as a neighbor, who quickly became a friend. I have always appreciated his generous, insightful and enthusiastic nature.

I am confident he can handle the administrative duties of the Gibson estate with his families best interest at heart. His patience and strong preserving nature will allow him to navigate the issues at hand. He has successfully overcome the odds of his life circumstances and I now see a restored sense of wellness and motivation to educate themselves in pursuit of their dreams. He misses his parents dearly and loves his brother and nephew and wants nothing more then to use his resilience to help them grow, heal and connect as a family.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Laura Cumming
503.781.7430
lauradcumming@yahoo.com



*Creating Hope Through Community*

7/28/2021

To whom it may concern:

Eric Gibson is currently engaged in the Mentor Program. Eric Started services on 6/03/2021. Mr. Gibson is currently residing in the Mentor Program's housing. Eric is currently meeting all of the Mentor Program expectations.

Thank you,

**Robbie Prouty**

*Recovery Mentor*

*Bridges to Change*

*Clackamas County*

*EMAIL:RPROUTY@BRIDGESTOCHANGE.COM*

*CELL: (503) 374-3724*

900 MAIN STREET #200 OREGON CITY, OREGON 97045

PRONOUNS: HE, HIS, HIM



Robert Prouty, CRM
Recovery Mentor
(503) 374-3724
rprouty@bridgestochange.com

Mentors · Housing · Treatment · Job Development

900 Main St. #200
Oregon City, OR. 97045
Fax: (503) 723-6653

Exhibit 6

900 Main St. #200
Oregon City, OR 97045
Phone: 971-386-3408
Fax: (503) 723-6653
www.bridgestochange.com

# *Bridges to Change*
# *Certificate of Achievement*

## **Mentor Program**

*This is to certify that the following graduation*

# *Eric Gibson*

*Has successfully completed the three-phase intensive mentor program
Obtaining stable housing, full time employment
Actively working a recovery program, complying with conditions of parole,
and being a positive member of the community.*

Graduation Date

9/29/2021

Mentor

Robbie Prouty

Seal of
**SUCCESS**



February 28, 2023

**Board of Directors**

**Bonnie Benhayon - Chair**
*Bank of America (retired)*

**Janice Lachance - Vice Chair**
*American Geophysical Union*

**Andras Kosaras - Treasurer**
*Arnold & Porter LLP*

**Robert Diggs - Secretary**
*NPAG*

**Chuck Bean**
*Metropolitan Washington Council
of Governments*

**Warren Clark**
*BBB/Upstate New York*

**Roger Craver**
*DonorVoice
The Agitator*

**Teresa Kung**
*Harrison & Star*

**Elizabeth Mong**
*Blockchained*

**Karen Osborne**
*The Osborne Group*

**Jon Pratt**
*Minnesota Council of Nonprofits*

**Anne Schelle**
*Pearl TV*

**Pratichi Shah**
*Flourish Talent
Management Solutions*

**Prabhash Shrestha**
*Independent Community Bankers
of America*

**Lori Wilson**
*BBB/San Francisco Bay Area*

**Ex-Officio**

**H. Art Taylor**
*President & CEO*

Monta Knudson
Bridges To Change
5030 Broadway St.
West Linn, OR 97068

Re: Eric Gibson

Dear Mr. Knudson:

In addition to our standards-based charity reporting activities, BBB
Wise Giving Alliance also helps resolve public complaints about
charities that come to our attention.

The enclosed correspondence was sent to our office. We hope that
you will look into the matter and respond to the concern within the
next three weeks. We would appreciate a copy of any response you
send. Please mail your response or send to info@give.org.

Thank you for your consideration of this matter.

Sincerely,

Elvia Castro
Manager, Regional Charity Reporting

Enclosures

# Complaint ID #: 19494127

## Business Information

**Bridges To Change**
5030 Broadway St
West Linn, OR 97068


www.bridgestochange.com

**Business ID:**

**Accredited?**  Not Accredited
**Date Joined:**

**Primary TOB:**  Not Classified

**BBB Rating:**  N/

**Date File Opened:**

---

## Consumer Information

Gibson, Eric
8358 SE Causey Ave
Happy Valley, OR 97086
9713358913
oregonhort@gmail.com

---

## Complaint Details

**Date Filed:** 2/24/2023
**Date Opened:** Processing
**Date Closed:** N/A

**Closed as:** N/A
**Closing Code:** N/A

**Assigned to:** resolutions.specialist@thebbb.org

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
Bridges To Change me an official apology letter after I was falsely arrested and incarcerated
apologizing and it tells me that they would be helping me to resolve my problems. They still have
done nothing up to this day that I know of and some of there newer employees have mistreated me
and have acted as amaetures. I expected much more, I have received the personal property form I
helped create but thats it. The Torts are coming up for court soon and I expected more from BTC by
now.
**Consumer's Desired Resolution:**
Finish the Job



19600 Molalla Avenue | Oregon City, OR | 97045-7998
503-594-6000 | www.clackamas.edu
**Education That Works**

**Congratulations!**

You have earned a National Career Readiness Certificate.  This certificate is a credential that complements your resume by certifying your workplace skills.

National Career Readiness Certificates are awarded in levels that indicate your skill level:

- o   **Platinum**
- o   **Gold**
- o   **Silver**
- o   **Bronze**

The level you achieved is reflected on the enclosed certificate.  Please keep your certificate in a safe place as you may need to show it to future employers. It would also be a good idea to add your certificate ID number to your resume, because employers will need that number to verify your credential.

More information about the National Career Readiness Certificate is available by visiting: http://www.act.org/certificate/

What are your goals for your education and career? If you would like to learn more about future educational/career opportunities, available resources, or would like to expand your skills, advisors are available in the Student Success Center to assist you.  You will find them in the Community Center building or you can call them at (503) 594-3475.

Again, congratulations! Please let us know if there is any way we can assist you in the future.

Sincerely,

Clackamas Community College Testing Center
(503) 594-3283
http://www.clackamas.edu/testing

*The 1ˢᵗ visit to BTC.*

*Earned ACT on free time in accordance with my BTC program.*

 

ACT certifies that

# eric gibson

has earned the **ACT WorkKeys National Career Readiness Certificate™** at the Bronze level.



*Karen M. Humelbaugh*

KAREN M. HUMELBAUGH
DIRECTOR, OFFICE OF WORKFORCE INVESTMENTS

Registered Certificate # W97S2W0J8GJK
Issue Date: 1/24/20



Rivers of Life Center

PO BOX 444, Gladstone, OR 97027

503-260-3432

To whom it may concern:

Dear folks – Eric Gibson is working with Rivers of Life Center, a youth education and training organization which is one of the largest in Clackamas County. Eric has distinguished himself already by involving himself in new approaches to train and educate youth that are employed through our program totaling nearly 100 annually.

Our program and services are unique in that youth "Build environments" enhance ponds streams and wetlands and even going to communities to help them restore downtowns, street trees and where present, boat launch facilities.

Youth also are trained as guides and hosts to be actively involved at community events and in particular walking tours, river excursions and even cultural history presentations.

We believe Eric has the talents and desire to work with our at-risk youth, provide them with career sampling opportunities and importantly, guide them as they move from young persons status to contributing members of society. We highly recommend Eric and hope you can see fit to support him.



2023

**To Whom It May Concern:**

I've had a *Public Defender* sitting across from me, he was an elder. He told me regarding my defense- I cannot afford to investigate your case, where am I going to get the money. At the time, I was being treated for anxiety and was experiencing its brutal attack symptoms for the first time in my life. Those are no joke. I did not comprehend correctly what that meant for me. I didn't think that he wasn't going to do anything like that. I had witnesses to question, a mess to sort out on the stand since the parties would not communicate properly. The problem could have been sorted out before I was arrested, and after as well and I was trying to get us all together just for that. I had a month's timeline to go over on who did what, why, how, etc and I was going to be able to take it to the day, on the spot. Everyone would have been shown accountable for each mistake and affiliation to the problems. Things would have been shown with peace and I would not have made people feel or demonstrated the agency and management incompetence, that was how I hoped anyway. It has not happened yet.

The *Public Defender* has to? Tell his boss(s) that he didn't say that? There goes the Sacred Oath. The next oversight then supports his word against the civilians? And this indirectly involves the violation of more Oath(s)? The problem is that of evil perhaps?
Our people have to violate Oaths and it's a spiritual degradation. In turn, the citizen(s) then are on the weaker side of "Law" and this kind of problem has built much Hate in so many of us. Hate then is turned towards the "THEM" kind of issues. Who is them???
Not cool, not good at all. I have another example of this spiritual kind of public social degradation if you would want to hear another one. It's ungly and odd, but it's an in our facer, for sure. Oregon Justice Restoration, Oregon Justice Reform 2022-2030, Let's get it done. If we add some tears down lady justices cheeks it will send a great message to our people that keeps us informed and involved. With Freedom you can take it out, With Liberty you can remove that too. With Justice, Justice can stand alone and make the others or break them. Strong Justice means less corruption. The Justice system holds the *(LAOTL)*. The long arm of the law. It will never ever be gone from us. We are the USA- We the people by the people, who is this they?

Sincerely,
**Eric Gibson (he/him)**
**(971) 335-8913**
**oregonhort@gmail.com**

*In God We Trust is not a logo.*

**Oregon's overburdened public defender system is 'buckling before our eyes'**

**By Debra Cassens Weiss**

**May 11, 2022, 2:31 pm CDT**

The public defender system in Oregon is so overburdened that several hundred defendants don't have legal representation at any given time.

Some judges have dismissed cases, and some have threatened to hold the state public defenders office in contempt for failing to provide lawyers for indigent defendants, the Associated Press reports.

Kelly Simon, legal director for the American Civil Liberties Union of Oregon, told the AP that the group hasn't ruled out litigation. The system is "buckling before our eyes," Simon said.

The public defender system in Oregon is the only one in the nation that relies entirely on contracted services to provide representation, according to the AP. The state contracts with nonprofit defense firms, groups of lawyers or independent attorneys.

But there aren't enough lawyers available amid a post-pandemic onslaught of cases. Some nonprofit firms are refusing to take new cases because of high workloads, and some private attorneys are turning down work because of low pay, late payments and too much work.

At current caseloads, the Oregon Office of Public Defense Services needs another 1,296 full-time equivalent defense lawyers, according to a January report by the ABA Standing Committee on Legal Aid and Indigent Defense, prepared with Moss Adams.

To provide effective assistance of counsel currently, all 592 contract public defense attorneys in Oregon would have to work 26.6 hours per working day to provide effective assistance of counsel, the report said.

Debra Cassens Weiss
Senior Writer, Online
ABA Journal
Phone: 312-730-7024
Email: Debra.Weiss@americanbar.org
Website: ABAJournal.com

# Oregon Justice Reform 2022-2025.

Dear Eric:

I am not interested in working as a government slave for less than minimum wage. I did court appointed criminal defense cases for years in the 2000's for $39/hour and worked long hours to make less than minimum wage after having my hours discounted and paying all business expenses. Realistically, an attorney is lucky to bill for half of her time. So, $39 was really $19.50 per hour at best. So, I was expected to pay my office space, bar dues, PLF dues out of approximately $19.50/hour when minimum wage was about $6.90 per hour back then. I got no student loan forgiveness as my student loans doubled due to interest and living on less than minimum wage and working long hours as an independent contractor.

The 13th amendment prohibits slavery and I am no longer going to be a slave of the government working for less than minimum wage when I have a doctorate degree. Prosecutors, on the other hand, were employees and got their business expenses, PLF dues, bar dues etc. paid for and then a handsome salary on top of it.

When the state pays defense attorneys what they pay prosecutors, I will consider handling court-appointed cases again. Equal pay for equal work: Defense attorneys and Prosecutors should be paid the same.

The last court appointed case I accepted was for a serious felony case. It was near Halloween and he frequently called me to tell me stories covered under attorney client/privilege. On the day of trial, my client, whispered in my ear, "I am going to bite off your ear and eat it in front of the jury." Then he looked at me with his rotten teeth and smiled. I immediately approached the bench and made a motion to withdraw due to a conflict of interests. The judge asked me about the conflict. I told him. The judged asked my client if he threatened to bite off my ear and eat it in front of the jury. My client proudly stated, "Yes your honor, her ears look tasty!"

Court-appointed attorneys are making less than minimum wage, if not paying to work, after considering the cost of overhead and because they are lucky if they can bill at least half of their time and get paid. Not only that, but I realized that if my

client had bitten off my ear and eaten it in front of the jury that I wouldn't even get worker's compensation to pay for my medical bills or lost income.

My daddy was a silver miner.  I am following Dad's example when it comes to slaving away for less than minimum wage and being tossed aside if injured for doing a dangerous job:

I am on strike!

I call for all court-appointed attorneys across the nation to go on strike until we get paid what the prosecutors get paid.
If we cannot stand up for ourselves, then how can we stand up for others?

Rather than begging me to work for less than minimum wage with no benefits, the government could offer to pay market value. Then, at least when the government cheats me out of half of my time, I won't have to worry about my utilities being cut off.

I prefer growing my own business and increasing my assets to being enslaved to the government doing dangerous work for less than minimum wage, digging oneself deeper and deeper into debt.

I believe in equal pay of equal work.  Defense attorneys should be paid what prosecutors are paid.

*Best Regards,*

Managing Attorney

UPDATE 3-22-2023   (OPB)
OREGON: The U.S. Supreme Court ruling that requires the state to provide and pay for an attorney if it charges a person with a crime is particularly poignant in the midst of a nationwide public defender shortage. In Oregon, both prosecutors and public defenders say the situation here is nothing short of a crisis. Democratic leadership in the Legislature has acknowledged the crisis and said addressing it is a priority. But with the 2023 session fully under way, public defenders say they don't see meaningful action so far.

4-25-2023

To Whom It May Concern:

Hello- I was falsely arrested and incarcerated in Oregon City while I was in a recovery center called Bridges To Change (BTC) . I was arrested the morning of the day of my graduation to the second phase of the program. This was due to miscommunication within interagency managers. My PO officer would never again speak to me.

When I got to Coffee Creek the staff heard my situation and they were adamant that I file my appeal and torts. This is where I first heard the term Oregon Justice Reform (OJR). Since I was weary of the justice system here in Oregon, because of what just happened. I was hurt, and really in bad shape. I wanted to go right to the Federal Government for help. The Salem office advised me to go through the appeals channels and I did. I was going to run the Direct Appeal when I was commutated. I had written for a commutation after no more apology letters came in, but it was too late, my parents passed away. BTC wrote me their apology and I expected that they had got it worked out and I would be freed, but it did not happen.

I was advised to drop the Direct Appeal and file the PC when I was freed. I then did so and then was directed to drop the PC and file for the HC. which I did. I sent the initial HBC application in and received a response that I then sent back in. I moved recently and seem to have misplaced my HBC paperwork. The last time I spoke to them was not too long ago to change my address, to update it as directed by the court. At that time the guy told me that they were slow and stacked due to Covid and to hang in there. I have been patient. I called recently the state and federal and my paperwork has been misplaced. I am ok starting it over if that is the case and it cannot be found? I have done everything that this process and the experts have asked of me. I got off of the attatched parole in January and that closeur really helped. I have documented the bias treatment from the Oregon City Parole Office. Ex- They told me they were cutting me at the halfway point, July. Each month though there was some odd excuse. I thought that was very disrespectful to my family. And Injust.

I am appealing a suspended sentence related to my charges. I did not violate my program as stated at the time of my arrest and I can prove it.

Sincerely,

4-15-2023

To Whom It May Concern:

Hello,

I have a lost appeal that I want to tell you a timeline on. Maybe you can help me get it resolved? I have followed the appeals route for an incarcerated citizen and the appeal is the same as three Torts filed on the case(s). The Torts need proper representation and I am in this process now. I was falsely arrested right at the outset of Covid. Then commutated and I have just passed the imposed sentence and its parole. Today, I am dealing with physical and maybe mental health concerns, but I have been diagnosed with anemia and I believe this is due to the stress of this case.

In 2020 after my arrest I would never again speak to my probation officer, nor others. I tried and I could not get a hold of anyone from jail. When I got to Coffee Creek the staff heard about my case and this is where I first heard the term "Oregon Justice Reform". They were not happy about seeing people like me coming through there. They made sure I got my Torts written and my appeals.

After my appeal was accepted I wanted to go right to the Federal HBC. This was because I was scared of the Oregon system that had just grinded me up in it. To witness such failures was really scary and I first experienced anxiety attacks because of it. I have written to several people since Coffee Creek and I have tried to keep folks informed. Senator Betsy Johnston made some calls on my behalf. Here is a list of people who will have information on this problem. Some will get this same mailer that you have.

Betsy Johnston, Aliza Kaplan (Lewis and Clark), Disability Rights Oregon, OHSU, Senator Rob Wagner, Rep. Ricki Ruiz, Rep. Andrea Valserrama, and more.

Ms. Laura Cumming is a family friend and she has a good perspective on the whole thing. (503) 781-7430.

I filed the Direct Appeal and was advised to drop it for the Post Conviction after I had been commutated. I then dropped the Post Conviction for the Federal Habeas Corpus.

I filed the H.C. online. They then sent me back a form and I mailed it back. I then spoke on the phone with them for the first time. I was told that they had a stack of papers since Covid and to be patient. Then I moved. This was last November. I moved and then informed them and others of my move. I had been instructed to inform of any move. I spoke with a nice guy on the phone who was busy with things and it was right before Thanksgiving. He found the appeal and he told me that it was there and to keep being patient.

Recently- I called and the appeal has been lost!

What happens now? I told the lady it was ok for me to start over. She told me she would keep looking.

4-08-2023

To Whom It May Concern:

Hello- I was falsely arrested and incarcerated in Oregon City while I was in a recovery center
called Bridges To Change (BTC) . I was arrested the morning of the day of my graduation to the
second phase of the program. This was due to miscommunication within interagency managers.
My PO officer would never again speak to me.

When I got to Coffee Creek the staff heard my situation and they were adamant that I file my
appeal and torts. This is where I first heard the term Oregon Justice Reform (OJR). Since I was
weary of the justice system here in Oregon, because of what just happened. I was hurt, and really
in bad shape. I wanted to go right to the Federal Government for help. The Salem office advised
me to go through the appeals channels and I did. I was going to run the Direct Appeal when I
was commutated. I had written for a commutation after no more apology letters came in, but it
was too late, my parents passed away. BTC wrote me their apology and I expected that they had
got it worked out and I would be freed, but it did not happen.

I was advised to drop the Direct Appeal and file the PC when I was freed. I then did so and then
was directed to drop the PC and file for the HC. which I did. I sent the initial HBC application in
and received a response that I then sent back in. I moved recently and seem to have misplaced
my HBC paperwork. The last time I spoke to them was not too long ago to change my address,
to update it as directed by the court. At that time the guy told me that they were slow and stacked
due to Covid and to hang in there. I have been patient. I called recently the state and federal and
my paperwork has been misplaced. I am ok starting it over if that is the case and it cannot be
found? I have done everything that this process and the experts have asked of me. I got off of the
attatched parole in January and that closeur really helped. I have documented the bias treatment
from the Oregon City Parole Office. Ex- They told me they were cutting me at the halfway point,
July. Each month though there was some odd excuse. I thought that was very disrespectful to my
family. And Injust.

I am appealing a suspended sentence related to my charges. I did not violate my program as
stated at the time of my arrest and I can prove it.

Sincerely,

# Libel and Slander

- View All Legal Topic Index Documents

**It is important to realize that changes may occur in this area of law. This information is not intended to be legal advice regarding your particular problem, and it is not intended to replace the work of an attorney.**

If anyone has ever said or written anything bad about you, you may have wondered if you could sue that person for doing so. "Defamation" is the legal word for some kinds of false statements. Libel and slander are two forms of defamation.

Defamation is defined as a false statement communicated to another person that damages your reputation. Libel is communicating a defamatory statement by writing or picture, while slander is defamation by oral or spoken communication.

If such words were written or spoken about you, you are not defamed if the words were true. Truth is a complete defense to defamation. Even if your reputation is damaged by a defamatory communication, you cannot collect any money if the communication was true. Other defenses include statements made in jest (where the communication was not intended to be taken seriously), and when the communication was an opinion (not actionable) and not a fact.

Another notable defense is the defense of privilege. A person may have spoken or written the words about you in a situation that is "privileged"; that is, the law allows certain people to say certain things in certain places without fear of being charged with defamation. For example, public officials, such as city council members, performing their official duties may be protected by the privilege, as are people making statements in judicial or legislative proceedings. Certain other communications may be privileged, but the rules are too complex and too many to be stated in the short length of this information page. An attorney can help you with your particular case.

Eric Gibson                                                          2-1-2022

Hello- I have gone through the Constitution and made some comments for you that I hope may be able to help in my case. These are FYI. I may be missing something as well. Thanks again for helping me.

## Amendment I

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.*

My petition for redress came when I was already incarcerated. Applying for Appeal, I have served my sentence of incarceration and my appeal hasn't even been heard yet? I always thought appeal was to keep one out of jail growing up, isn't this what we learned? I never got to say anything to the court or judge in a formal matter when I was in jail? My P.O. wouldn't talk to me once I was in jail, no redress there. Bridges to Change sent to me a former apology, but they haven't done anything to prove my false arrest. If that letter was never written, if it never needed to be written, I wouldn't be in this mess today.

## Amendment IV

**The right of the people to be secure in their persons, houses, papers, and effects, against <u>unreasonable searches and seizures</u>, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

I was never served a warrant, I was just arrested for failing to comply with my BTC program. I was arrested 1-31-2020. On 2-01-2020 I was going to be in Phase Two of the program. I was arrested on maybe my best morning yet of the program!

le: ptsd/anxiety-shocking. I was never informed of my possessions at the BTC apartment and what they would be doing with them, I had them stolen because of arrest.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Due Process was where? When I was arrested? When I was ignored? When my Public Defender told me "He couldn't afford to investigate my case" "Where would he get the money". Deprived of life? Liberty? Property? Where was the Due Process? My private property disappeared.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Confronted with the witnesses against him- I wish!

To have a compulsory process- This would have been over immediately, I was almost able to get this handled but Megan (PO) arrested me. I was just getting to the point of being able to call all the managers together, and demonstrate a daily account of everything I was doing and we would have seen how each of their roles and all the different actions and things related. I would have been able to take us right to the moment of where we were sitting that day.

*Amendment XIV*

**Note:** Article I, section 2, of the Constitution was modified by section 2 of the 14th amendment.

Section 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

The Right To Pursue Happiness Was Denied….

My Right to be with my family was taken from me. This hastend the both of them…